UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALICE PLAIR, INDIVIDUALLY AND PAULA RIDEAU, AS NEXT FRIEND OF J.P., A MINOR CHILD, AND AS THE REPRESENTATIVE OF THE ESTATE OF JOHNNY RAY PLAIR, II<br>Plaintiffs,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE CITY OF AUSTIN AND PATHWAYS ASSET MANAGEMENT, INC.<br>Defendants. | § § § § § § § § § § § § § § | CAUSE NO. 1:20-CV-00934-RP |

## DEFENDANTS' NOTICE OF SETTLEMENT

Defendants Housing Authority of the City of Austin and Pathways Asset Management, Inc., through undersigned counsel, provides this notice to the Court that the parties engaged in mediation, and reached a settlement in principal. The parties are in the process of preparing and finalizing settlement documentation and securing review and approval by the Court-appointed ad litem. Defendants anticipate completing that process within 30-45 days, at which time the parties will file an appropriate stipulation to dismiss this matter.

Respectfully submitted,

**FLETCHER, FARLEY,
SHIPMAN & SALINAS, LLP**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas  787
(512)  476-5300
(Fax)  476-5771

By: /s/ *Joanna Lippman Salinas*
Joanna Lippman Salinas
State Bar No. 00791122
joanna.salinas@fletcherfarley.com

Attorneys for Defendants,
*Housing Authority of the City of Austin and Pathways Asset Management, Inc.*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing **Defendants' Notice of Settlement** has been provided to the offices of:

Jeff Edwards
Scott Medlock
Davis James
**EDWARDS LAW**
1101 East 11th Street
Austin, Texas 78702

Luke Dow
**WENHOLZ DOW, P.C.**
9433 Bee Caves Road, Suite 1-200
Austin, Texas 78733

by electronic service, in accordance with the Federal Rules of Civil Procedure, on September 27, 2021.

/s/ Joanna Lippman Salinas
Joanna Lippman Salinas