UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALICE PLAIR, individually and PAULA RIDEAU, as next friend of J.P., a minor child, and as the representative of the ESTATE OF JOHHNY RAY PLAIR, II | § § § § § § | |
| Plaintiff | § § | CAUSE OF ACTION: |
| v. | § § | 1:20-cv-934 |
| HOUSING AUTHORITY OF THE CITY OF AUSTIN and PATHWAYS ASSET MANAGEMENT, INC. | § § § § § | |
| Defendants. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR SCOTT MEDLOCK TO WITHDRAW AS ATTORNEY**

    Attorney Scott Medlock respectfully moves to withdraw as an attorney of record in this case. Good cause exists for the Court to grant this motion, because Mr. Medlock no longer works for Edwards Law Group, thus his representation of the law firm's clients has ended.

    Edwards Law Group will continue to represent the Plaintiff in this matter.

Respectfully submitted,

By: /s/ Jeff Edwards         .
JEFF EDWARDS
State Bar No. 24014406
SCOTT MEDLOCK
State Bar No. 24044783
DAVID JAMES
State Bar No. 24092572
**EDWARDS LAW**
1101 East 11th Street
Tel.  512-623-7727
Fax.  512-623-7729
jeff@edwards-law.com
scott@edwards-law.com
david@edwards-law.com

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Western District of Texas.

By     /s/ Jeff Edwards
JEFF EDWARDS

CERTIFICATE OF CONFERENCE

By my signature below, I certify that I conferred with counsel for Defendants by email and they indicated their clients do not oppose the relief requested in this motion.

By     /s/ Jeff Edwards
JEFF EDWARDS