IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALICE PLAIR and PAULA RIDEAU, as next friend if J.P., a minor child, and as the representative of the Estate of Johnny Ray Plair, II,<br><br>Plaintiff,<br><br>v.<br><br>HOUSING AUTHORITY OF THE CITY OF AUSTIN, and PATHWAYS ASSET MANAGEMENT, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § § | 1:20-CV-934-RP |

## **FINAL JUDGMENT**

On May 23, 2023, the parties notified the Court that they had settled their claims and no outstanding issues remain in this case. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on August 8, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE